IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER PETKA and BRIAN PETKA, <br> **Plaintiffs,** <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., et al., <br> **Defendants.** | CIVIL ACTION <br><br><br><br> NO. 22-2284 |

## ORDER

**AND NOW**, this 8th day of December, 2023, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 42, 43, 45), Plaintiffs' Responses thereto (ECF Nos. 48, 49, 50), and Defendants' Replies (ECF Nos. 51, 52, 53), **IT IS HEREBY ORDERED** that the Motions are **GRANTED**.

The Clerk of Court is directed to **TERMINATE** this matter and mark it **CLOSED**.

BY THE COURT:


/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**